IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Mis. No. 04-3E |
| vs. | ) | (See C.A. No. 03-266E) |
| | ) | |
| JAMES P. GERG and | ) | |
| ROXANNE R. GERG, | ) | |
| | ) | |
| Defendants. | ) | |

<u>PROOF OF PUBLICATION</u>

SEE ATTACHMENTS

# Erie County Legal Journal
# Proof of Publication of Notice

STATE OF PENNSYLVANIA  } SS:
COUNTY OF ERIE        }

_____Paula J. Gregory_____, Associate Editor of the Erie County Legal Journal, being duly sworn according to law, deposes and says that the Erie County Legal Journal is the duly designated legal newspaper for Erie County, Pennsylvania, which legal newspaper was established in 1945, and is published by the Erie County Bar Association, 302 West 9th Street, Erie, Erie County, Pennsylvania 16502; and that a copy of the printed notice of publication is attached hereto exactly as printed or published in the issue or issues of said legal newspaper on the following date or dates:

**COPY OF NOTICE**

**LEGAL NOTICE**
MARSHAL'S SALE: By virtue of a Writ of Execution issued out of the U.S. Court for the W.D. of PA at suit of the USA at Mis. No. 04-3E, I shall expose to public sale the real property of James P. Gerg and Roxanne R. Gerg known as 172 Hemlock Lane, Kersey, PA 15846, as described in the Deed recorded in the Office of the Elk County Recorder of Deeds on January 22, 1990 at Book Volume 265, page 804.
TIME AND LOCATION OF SALE: Monday, August 22, 2005 at 11:00 A.M. in the Conference Room located in the Basement of the Elk County Courthouse, Main Street, Ridgway, PA 15853.
TERMS OF SALE: Successful bidder will pay ten percent (10%) by certified check and the remainder of the bid within thirty (30) days from the date of the sale and in the event bidder cannot pay the remainder, the [remaining text illegible]

Friday, __July 29, and August 5, 12, 19__, 2005

The affiant further states that s/he is the designated agent of Erie County Bar Association, the owner of said legal newspaper, that s/he is not interested in the subject matter of the aforesaid notice or advertising, and that all the allegations of the aforesaid statement as to time, place and character of publication are true.

_____, Associate Editor

Sworn to and subscribed before me this __23rd__ day of __August__, 2005

_____
Notary Public

**MY COMMISSION EXPIRES**

NOTARIAL SEAL
SANDRA BRYDON SMITH, NOTARY PUBLIC
ERIE, ERIE COUNTY, PENNA.
MY COMMISSION EXPIRES ON JULY 14, 2008

## Proof of Publication of Notice in The Daily Press
(Under Act of May 16th, 1929, P. L. 1784)

STATE OF PENNSYLVANIA,  } SS:
COUNTY OF ELK,

............Jon Alverson............................ being duly sworn according to law, deposes and says that he is the ...Group Editor....... of The Daily Press, a newspaper of general circulation published in the City of St. Marys, Elk County, Pennsylvania, which was established in February, 1910, and has been published continuously as a daily newspaper of general circulation since that date, in said county, and that the printed notice of publication attached hereto is exactly the same as was printed and published in the regular editions and issues of The Daily Press on the following dates, viz:

............29th day of July, the 5th, 12th............

and the ............19th............

day of ............August............ A. D. 20 05.

Affiant further deposes and says that he is duly authorized by The Daily Press, a newspaper of general circulation, to verify the foregoing statements under oath, and that neither the affiant nor The Daily Press is interested in the subject matter of the aforesaid notice or advertisement; and that all allegations in the foregoing statements as to time, place and character of publication are true. Affiant further deposes and says that the costs, charges and expenses incurred in such publication have been paid as will appear by receipted bill attached to this proof.

**MARSHAL'S SALE**

By virtue of a Writ of Execution issued out of the U.S. Court for W.D. of PA at suit of the USA at Mis. No. 04-3E, I shall expose to public sale the real property of James P. Gerg and Roxanne R. Gerg known as 172 Hemlock Lane, Kersey, PA 15846, as described in the Deed recorded in the Office of the Elk County Recorder of Deeds on January 22, 1990 at Book Volume 265, page 804. **TIME AND LOCATION OF SALE**: Monday, August 22, 2005 at 11:00 A.M. in the Conference Room located in the Basement of the Elk County Courthouse, Main Street, Ridgway, PA 15853. **TERMS OF SALE**: Successful bidder will pay ten percent (10%) by certified check and the remainder of the bid within thirty (30) days from the date of the sale, and in the event bidder can not pay the remainder, the property will be resold and all monies paid in at the original sale will be applied to any deficiency in the price at which the property is resold. Notice is hereby given that a Schedule of Distribution will be filed by me on the thirtieth day after the date of the sale, and that distribution will be made in accordance with the Schedule unless exemptions are filed thereto within ten (10) days thereafter. Purchaser must furnish State Realty Transfer Tax Stamps, and stamps required by the local taxing authority. Marshal's costs, fees and commissions are to be borne by seller. Thomas Fitzgerald, United States Marshal. For information call Mr. Kristen Good at 724-482-4800.
7-29,8/5,12,19 - 4t

Sworn and subscribed before me this ...19th... day of ...August... A. D. 20 05

............Notary Public

My Commission Expires ............

NOTARIAL SEAL
JAMES F. SAUER, NOTARY PUBLIC
CITY OF ST. MARYS, ELK COUNTY
MY COMMISSION EXPIRES ............

**...S OF ADVERTISING COSTS**

THE DAILY PRESS Dr.

on attached hereto on the above stated dates,.....$ 352.00

............$ 5.00

............$ 357.00

### Publisher's Receipt for Advertising Costs

The Daily Press, a newspaper of general circulation, above named, hereby acknowledges receipt of the aforesaid notice and publication costs and certifies that the same have been duly paid.

THE DAILY PRESS

By ............