U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See instructions for "Service of Process by U.S. Marshal"

| PLAINTIFF United States of America | | COURT CASE NUMBER C.A. No. 03-266E Mis. No. 04-3E |
|---|---|---|
| DEFENDANT JAMES F. GERG and ROXANNE M. GERG | | TYPE OF PROCESS ATTEND MARSHAL'S SALE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ELK COUNTY COURTHOUSE

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
CONFERENCE ROOM IN THE BASEMENT OF THE ELK COUNTY COURTHOUSE, MAIN STREET, RIDGWAY, PA 15853

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

N 285

Gary W. Darr, Esquire
McGrath & Associates, PC
1500 Union Bank Building
306 Fourth Avenue
Pittsburgh, PA 15222

| Number of process to be Served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service).

Please attend Marshal's Sale scheduled for (August 22, 2005 at 11:00 a.m.

The opening bid is $37,500.00.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ Plaintiff  ☐ Defendant
TELEPHONE NUMBER: (412) 281-4333
DATE: August 10, 2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)
Date: 8/22/2005
Time: 11 ☐ am ☐ pm

5 hrs. 250 mi.

| Service Fee | Total Mileage Charges Including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund) |
|---|---|---|---|---|---|
| 225.00 | 96.25 | | 321.25 | | |

REMARKS: This form should replace the one previously sent to you. Thanks

PRIOR EDITIONS MAY BE USED
PRINT 5 COPIES:
1. CLERK OF COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGEMENT OF RECEIPT